The People of the State of New York, Respondent,
against
Anwar Nicholas, Appellant.




John R. Lewis, Esq., for appellant.
District Attorney Westchester County, for respondent (no brief filed).

Appeal from an amended judgment of the City Court of Mount Vernon, Westchester County (Helen M. Blackwood, J.), rendered June 3, 2015. The amended judgment, following a hearing, revoked a sentence of probation previously imposed, upon a finding that defendant had violated the conditions of probation, and resentenced him to nine months' incarceration on his prior conviction of criminal possession of a controlled substance in the seventh degree. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as counsel.




ORDERED that the amended judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel, is therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
Tolbert, J.P., Garguilo and Brands, JJ., concur.